Randall D. Naiman, Esq. - State Bar No. 81048
NAIMAN LAW GROUP, PC
4660 La Jolla Village Drive, Suite 500
San Diego, California 92122
(858) 535-4808 (telephone)
(858) 535-4809 (facsimile)
Randall@NaimanLaw.com (e-mail)

Attorney for Plaintiff, **JPMORGAN CHASE BANK, NATIONAL ASSOCIATION,SUCCESSOR IN INTEREST TO WASHINGTON MUTUAL BANK**

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA – SACRAMENTO DIVISION

| | |
|---|---|
| JPMORGAN CHASE BANK, NATIONAL ASSOCIATION,SUCCESSOR IN INTEREST TO WASHINGTON MUTUAL BANK,<br><br>Plaintiff,<br><br>vs.<br><br>SHAUN WILHELM; DENISE WILHELM; and DOES 1 to 6, inclusive,<br><br>Defendants. | Case No.: 2:12-cv-00871-JAM-DAD<br><br>State Case No.: PCU20120057<br><br>*The Honorable John A. Mendez*<br><br>**REMAND ORDER**<br><br>Date: June 20, 2012<br>Time: 9:30 am<br>Courtroom: 6 |

The motion of plaintiff, JPMorgan Chase Bank, National Association,Successor in Interest to Washington Mutual Bank ("Plaintiff"), for and order remanding this case to the Superior Court of California having come regularly for hearing before the above-entitled court, on the date above-mentioned, and the Court having reviewed the motion and supporting documents submitted in support of said motion, and any opposition thereto, and good cause having been found,

---

1

CERTIFICATE OF SERVICE

1  IT IS HEREBY ORDERED THAT Plaintiff's Motion to Remand is GRANTED.  This
2  case is remanded to the State Court from which it originated.
3
4  Dated:  7/2/2012                    /s/ John A. Mendez
5                                      UNITED STATES DISTRICT COURT JUDGE

PDF created with pdfFactory trial version www.pdffactory.com